FILED

MAR – 1 2022

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **1:22CR31JAR-ACL** |
| Plaintiff, | ) | |
| | ) No. | |
| v. | ) | |
| | ) | Mo. Rev. Stat. § 569.170 / 18 U.S.C. § 13(a); |
| MARVIN R. REMSTER, | ) | 18 U.S.C. § 641; |
| aka: "MARK" R. REMSTER, | ) | 18 U.S.C. § 844(f); |
| | ) | 18 U.S.C. § 922(g)(1) |
| Defendant. | ) | |

### INDICTMENT

### Count I

THE GRAND JURY CHARGES THAT:

On or about December 26, 2021, within the Special Maritime and Territorial jurisdiction of the United States, in Shannon County, within the Southeastern Division of the Eastern District of Missouri,

**MARVIN (aka: "MARK") R. REMSTER,**

the defendant herein, did knowingly and unlawfully enter a building, specifically a building known as the Round Spring Ranger Station owned and possessed by the National Park Service, for the purpose of committing a crime therein, namely the offense of theft, in violation of 18 U.S.C. § 13(a), and Mo. Rev. Stat. § 569.170.

## Count II

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 26, 2021, in Shannon County, within the Southeastern Division of the Eastern District of Missouri,

**MARVIN (aka: "MARK") R. REMSTER,**

the defendant herein, did willfully and knowingly steal and purloin goods and property of the United States of a value exceeding $1000.00, including, but not limited to, a Chevrolet Silverado truck owned and possessed by the National Park Service, in violation of 18 U.S.C. § 641.

## Count III

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 26, 2021, in Shannon County, within the Southeastern Division of the Eastern District of Missouri,

**MARVIN (aka: "MARK") R. REMSTER,**

the defendant herein, did maliciously damage and destroy, by means of fire, a building in whole and in part owned and possessed by the United States, or a department or agency thereof, specifically a building known as the Round Spring Ranger Station owned and possessed by the National Park Service, in violation of 18 U.S.C. § 844(f).

2

## Count IV

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 4, 2022, in Crawford County, within the Eastern District of Missouri,

**MARVIN (aka: "MARK") R. REMSTER,**

the defendant herein, did knowingly possess in and affecting interstate commerce a firearm and ammunition, knowing he had previously been convicted in any court, of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
UNITED STATES ATTORNEY

_____
JOHN N. KOESTER, JR., #52177MO
ASSISTANT UNITED STATES ATTORNEY

3