FILED
MAR - 1 2022
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | 1:22CR31JAR-ACL |
| vs. | ) No. | |
| | ) | |
| MARVIN (aka: "MARK") R. REMSTER, | ) | |
| | ) | |
| Defendant. | ) | |

**APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Comes now the United States of America, by Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, through John N. Koester Jr., Assistant United States Attorney for said District, and informs the Court that the defendant, Marvin R. Remster, is to appear before the Honorable Abbie Crites-Leoni, United States Magistrate Judge for the Eastern District of Missouri, Southeastern Division, for his initial appearance on Wednesday, March 9, 2022, at 1:30 p.m., and at all other times and dates, and that the defendant, Marvin R. Remster, is currently confined at the Dent County Jail in Salem, Missouri, in the custody of the Sheriff.

WHEREFORE, your petitioner prays this Court to issue a writ of habeas corpus ad prosequendum directing the United States Marshal to remove the defendant from such institution and custody, and bring him before the Court for the above proceedings; and upon completion of such proceedings to return the defendant to the custody of the Sheriff.

SAYLER A. FLEMING
United States Attorney

_____
JOHN N. KOESTER JR., #52177MO
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES OF AMERICA )
Southeastern Division of the )
Eastern District of Missouri )

    I, John N. Koester Jr., declare under penalty of perjury, pursuant to Title 28, United States Code, Section 1746, that the foregoing Application for Writ of Habeas Corpus Ad Prosequendum is based upon statements furnished to me and that the contents therein are true and correct to the best of my knowledge and belief.

    Executed on 1st day of March, 2022.

                                                     JOHN N. KOESTER JR., #52177MO
                                                     ASSISTANT UNITED STATES ATTORNEY

TO THE CLERK OF THE DISTRICT COURT:

    You are hereby ordered to issue the Writ of Habeas Corpus Ad Prosequendum as prayed for in the foregoing application.

_____            March 1, 2022
HONORABLE ABBIE CRITES-LEONI        Date
UNITED STATES MAGISTRATE JUDGE